UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: )
   Victory Sports Complex, Inc. ) Case No.
)     14-81955

### ORDER COMBINED WITH NOTICE OF CONFIRMATION

*Counsel for the proponent of the Plan is directed to serve this Order Combined with Notice of Confirmation as provided in Fed. R. Bankr. Pro. 3020(c), and on the United States Trustee, and to file proof of service with the Clerk:*

    An order confirming the \_\_\_\_Modified\_\_\_\_ Plan of Reorganization was entered on \_\_\_November 24, 2015\_\_\_, in the above-captioned Chapter 11 bankruptcy case.

    The proponent of the Plan is directed to file by \_\_\_December 1, 2015\_\_\_ a written report of the status of initial payments required and made, separately stated for each class treated under the Plan.

    A hearing to consider the status report and possible entry of final decree or order closing the case is set on \_\_\_December 2, 2015\_\_\_, at 10:30 a.m., in Courtroom \_\_3100\_\_, U.S. Courthouse, 327 South Church Street, Room 3100, Rockford, Illinois.

    A party-in-interest who wishes to receive a copy of the status report shall notify the Plan proponent, who shall provide a copy if requested.

ENTER:

_____
Judge

Dated: **NOV 24 2015**

11postconfstatus      ilnb: October 1, 1999