UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE THOMAS M. LYNCH                Hearing Date: 12-2-15

Bankruptcy Case No. 14-B-81955   Adversary No. _____

Title of Cause: Victory Sports

Brief Statement of Motion: To Amend Scheduling Order for Final Decree

Name and Addresses of moving counsel: George Hampilos
308 W. State #210
Rockford, IL 61101

Representing: Victory Sports

ORDER

Counsel for DIP shall file a Report of Distributions under the confirmed Plan by 1-13-16; DIP shall file its Motion for Entry of Final Decree by 1-13-16 and the Court shall conduct a status hearing on entry of final decree on 1-20-16 @ 10:30 a.m.

ENTER:

DATE: DEC -2 2015

JUDGE THOMAS M. LYNCH

Prepared and Submitted by:
George Hampilos
308 W. State #210
Rockford, IL 61101