# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 BANKRUPTCY |
| | ) | |
| VICTORY SPORTS COMPLEX, | ) | CASE NUMBER: 14-81955 |
| | ) | |
| Debtor. | ) | Hon. Thomas M. Lynch |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 3100, U.S. Courthouse, 327 South Church Street, Rockford, Illinois, Illinois, on the **20th day of January, 2016, at 10:30 a.m.** or as soon thereafter as said cause may be heard, before His Honor, Judge Thomas M. Lynch, , or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters: **MOTION FOR ENTRY OF FINAL DECREE**.  **A copy of which is attached hereto.**  At which time and place you may appear, if you so desire.

Dated:  January 13, 2016

                                                   **VICTORY SPORTS COMPLEX, INC.**
                                                   **BY: HAMPILOS & LANGLEY, LTD.**

                                                 By:   */s/ George P. Hampilos*

George P. Hampilos – 6210622
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, Suite 210
Rockford, IL   61101
Telephone:  815/962-0044
Fax: 815-962-6250
georgehamp@aol.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 BANKRUPTCY |
| | ) | |
| VICTORY SPORTS COMPLEX, INC., | ) | CASE NUMBER: 14-81955 |
| | ) | |
| Debtor. | ) | Hon. Thomas M. Lynch |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, VICTORY SPORTS COMPLEX, INC., by and through its attorneys, HAMPILOS & LANGLEY, LTD., and in support of its Motion for Entry of Final Decree, states as follows:

1. The Debtor's Chapter 11 Plan was confirmed by Order entered on November 24, 2015.

2. There has been substantial consummation of the Plan confirmed by the Court.

3. The Debtor has assumed the management of its property, and has commenced distribution under the Plan.

4. All administrative costs have been paid, and it is not anticipated that there will be any further application for administrative expenses.

5. All pending motions, contested matter and fee applications have been resolved.

6. Since confirmation of the Debtor's Plan, substantial payments or full settlements of general unsecured claims have been made by the Debtor, and the Debtor has commenced distribution to secured creditors pursuant to the confirmed Plan. (See Exhibit A attached hereto).

WHEREFORE, the Debtor, VICTORY SPORTS COMPLEX, INC., respectfully requests this Court grant its Motion for Final Decree by entering a Final Decree in this case.

Dated: January 13, 2016

                                            **VICTORY SPORTS COMPLEX, INC., DEBTOR**
                                            **BY: HAMPILOS & LANGLEY, LTD.**

                                            By:  */s/ George P. Hampilos*

George P. Hampilos (ARDC #6210622)
HAMPILOS & LANGLEY, LTD.
308 West State Street, Suite 210
Rockford, Illinois 61101
Telephone: 815/962-0044
Facsimile: 815/962-6250
georgehamp@aol.com ** Attorneys for the Debtor-in-Possession

**PROOF OF SERVICE**

      The undersigned, being first duly sworn, states that a copy of the foregoing **NOTICE** was served upon the persons listed below by ECF and/or first class mail, postage prepaid, on the 13th day of January, 2016, at or before the hour of 5:00 p.m.

SEE ATTACHED SERVICE LIST

                                            /s/ George P. Hampilos

**George P. Hampilos**
**HAMPILOS & LANGLEY, LTD.**
308 West State Street, #210
Rockford, IL   61101
Telephone:  815/962-0044